AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

<table>
<tr><td>LODGED<br>CLERK, U.S. DISTRICT COURT<br>6/21/2024<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____MMC_____ DEPUTY</td><td></td><td>FILED<br>CLERK, U.S. DISTRICT COURT<br><br>June 21, 2024<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____CLD_____ DEPUTY</td></tr>
</table>

# UNITED STATES DISTRICT COURT
## for the
## Central District of California

| | |
|---|---|
| United States of America<br><br>v.<br><br>Felipe Valentin,<br><br>Defendant | Case No.   2:24-mj-03725-DUTY |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 29, 2024, in the county of Los Angeles in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of firearm |

This criminal complaint is based on these facts:

   *Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

James Welch, Task Force Officer, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: June 21, 2024

Judge's signature

City and state: Los Angeles, California

Hon. Alka Sagar, U.S. Magistrate Judge
*Printed name and title*

AUSA:  Jeremy K. Beecher (x5429)

**AFFIDAVIT**

I, James Welch, being duly sworn, declare and state as follows:

## I.  INTRODUCTION

1. I am a Deputized Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI"), currently assigned to the Violent Crime Major Offenders squad in Long Beach, California, where I investigate cases involving the illegal use, sale, and possession of firearms, ammunition, and narcotics.  As a TFO with the FBI, I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 3052, and I am empowered by law to conduct investigations and make arrests for offenses against the United States.

2. I have been employed by the City of Los Angeles as a Police Officer for approximately nine years.  I received seven months of basic law enforcement training while attending the Los Angeles Police Academy.  I have received training in the investigation of violations of criminal law, such as drug-trafficking, firearm related offenses, including numerous hours of formal training at the LAPD Academy in Los Angeles, California.  During the time that I have been employed by the LAPD, I have participated in investigations relating to organized crime, narcotics, violent offenses and firearm offenses.  I have participated in many aspects of criminal investigations including the service of subpoenas, reviewing evidence, conducting electronic and physical surveillance, working with informants, and the execution of search and arrest warrants.  Additionally, I have interviewed and/or debriefed

1

informants and other witnesses who had personal knowledge regarding the subject matters of the investigations in which I have been involved, including narcotics trafficking and firearms offenses.

## II. PURPOSE OF AFFIDAVIT

3. This affidavit is made in support of a criminal complaint and arrest warrant against FELIPE VALENTIN for a violation of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

4. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, all amounts or sums are approximate, and all dates and times are on or about those indicated.

## III. SUMMARY OF PROBABLE CAUSE

5. On April 29, 2024, law enforcement executed a California state search warrant at VALENTIN's residence in Long Beach, California, to search for evidence relating to a shooting that month in Wilmington, Los Angeles, California. During the search of VALENTIN's residence, law enforcement seized, among other items, ammunition and six firearms, one of which was found

on top of VALENTIN's dresser in the room in which VALENTIN lived. Because VALENTIN has been convicted of multiple felony crimes, he is prohibited from possessing the above-mentioned firearm, which traveled in interstate commerce.

## IV. STATEMENT OF PROBABLE CAUSE

### A. VALENTIN Possesses a Firearm

6. Based on my involvement in this investigation, my conversations with other law enforcement officers involved in this investigation, and my review of reports and records connected to this investigation, I know the following:

7. On April 20, 2024, at approximately 11:15 p.m., a shooting occurred in the vicinity of Grant Street and Henry Ford Avenue in Wilmington, Los Angeles, California. The victim was struck by gunfire in his left thigh. Paramedics responded and transported the victim to a hospital for treatment.

8. Los Angeles Police Department ("LAPD") officers responded to the scene and collected six spent 9 mm-caliber casings.

9. On April 22, 2024, I received investigative responsibility for the case. During the course of my investigation, I was able to identify VALENTIN as a suspect in the shooting:

   a. VALENTIN was on active parole at the time of the shooting, and according to state records, his assigned GPS ankle monitor "pinged" at the scene of the shooting at the time it occurred.

3

   b. California Department of Motor Vehicles records show VALENTIN is a registered owner of a red 2006 Cadillac DTS sedan, and surveillance cameras captured a sedan similar in appearance fleeing the scene of the shooting.

   c. Analysis by the National Integrated Ballistics Information Network ("NIBIN") revealed a preliminary match between the casings recovered from the scene of the shooting and casings recovered from another shooting for which VALENTIN was convicted of assault with a semiautomatic firearm in violation of Cal. Penal Code Section 245(b). (Los Angeles Superior Court Case #NA118970.)

  10. On April 24, 2024, the Honorable Laura Laesecke of the Superior Court of the State of California, County of Los Angeles, authorized a warrant to search VALENTIN's residence for evidence, contraband, fruits, or instrumentalities of violations of California Penal Code Sections 664/187(A) (attempted murder) and 29800(a)(1) (felon in possession of a firearm), in connection with the April 20, 2024, shooting.

  11. On April 29, 2024, law enforcement executed the search warrant at VALENTIN's residence, which is located at 428 East 21st Street in Long Beach, California, within this District.

  12. Law enforcement seized from VALENTIN's home numerous firearms, including a loaded, .40-caliber, Smith & Wesson semiautomatic handgun.[1]  The handgun was found on top of a dresser in the living room of the home. VALENTIN's mother

---

[1] Analysis by NIBIN has not matched the seized firearms to the April 20, 2024, shooting.

4

informed law enforcement that VALENTIN resides in the living room. In that room, law enforcement discovered VALENTIN's California driver's license, mail addressed to VALENTIN, and a pair of pants inside of which was VALENTIN's identification. Law enforcement determined that VALENTIN's mother, brother, sisters, and their children also live at the residence, but in other rooms.

      **B.**    **VALENTIN Is a Convicted Felon**

    13. On June 18, 2024, I reviewed VALENTIN's criminal history and determined that VALENTIN has previously been convicted of the following felony crimes punishable by a term of imprisonment exceeding one year:

        a.    Extortion, in violation of California Penal Code Section 520, in the Superior Court for the State of California, County of Los Angeles, Case Number NA070943, on or about January 12, 2007, for which he was sentenced to one year in state prison;

        b.    Assault with a Semi-Automatic Firearm, in violation of California Penal Code Section 245(b), in the Superior Court for the State of California, County of Los Angeles, Case Number NA070943, on or about January 12, 2007, for which he was sentenced to three years in state prison; and

        c.    Assault with a Semi-Automatic Firearm, in violation of California Penal Code Section 245(b), in the Superior Court for the State of California, County of Los Angeles, Case Number NA118970, on or about April 19, 2023, for which he was sentenced to three years in state prison.

### C. The Firearm Traveled in Interstate Commerce

14. On June 17, 2024, LAPD Detective Christopher Lindberg examined the .40-caliber Smith & Wesson semiautomatic handgun recovered from VALENTIN's living room. Detective Lindberg determined that the firearm was manufactured outside of the California. Because the firearm was manufactured outside of California and was recovered in California, I believe it must have moved in and affected interstate commerce.

### V. CONCLUSION

15. For all the reasons described above, there is probable cause to believe that VALENTIN violated 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 21st day of
June, 2024.

_____
HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE